IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY BETH MURPHY, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-1134 |
| | § | |
| REMEDIAL CONSTRUCTION, ET AL., | § | |
| Defendant, | § | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:     DECEMBER 1, 2009

   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:     FEBRUARY 1, 2010

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:     MARCH 1, 2010

4. **DISCOVERY** must be completed by:     APRIL 1, 2010

   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:     MAY 1, 2010

6. **NON-DISPOSITIVE MOTIONS** will be filed by:     MAY 7, 2010

7. **JOINT PRETRIAL ORDER** will be filed by:     SEPTEMBER 13, 2010

   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 1:30 P.M.     SEPTEMBER 24, 2010

9. **TRIAL** is set for the two weeks starting:     SEPTEMBER 27, 2010

Signed at Houston, Texas this 2nd day of September 2009.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE